AFFIRM; Opinion Filed March 29, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00476-CR
No. 05-12-00477-CR

## JOSEPH MANUEL MEISENBACH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 401-83078-2011, 401-83079-2011

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and Lewis
Opinion by Justice Moseley

Joseph Manuel Meisenbach waived a jury, pleaded guilty to two robbery offenses. In each case, he also pleaded true to one enhancement paragraph. *See* TEX. PENAL CODE ANN. § 29.02(a) (West 2011). After finding appellant guilty, the trial court assessed punishment at thirty-five years' imprisonment in each case. On appeal, appellant's attorney filed briefs in which she concludes the appeals are wholly frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967). The briefs present a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered

copies of the briefs to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's briefs. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

_____
JIM MOSELEY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120476F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSEPH MANUEL MEISENBACH,
Appellant

No. 05-12-00476-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 401st Judicial District
Court of Collin County, Texas (Tr.Ct.No.
401-83078-2011).
Opinion delivered by Justice Moseley
Justices O'Neill and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered March 29, 2013.

JIM MOSELEY
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

JOSEPH MANUEL MEISENBACH,
Appellant

No. 05-12-00477-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the 401st Judicial District
Court of Collin County, Texas (Tr.Ct.No.
401-83079-2011).
Opinion delivered by Justice Moseley
Justices O'Neill and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered March 29, 2013.

_____
JIM MOSELEY
JUSTICE